UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KIMBERLY GABBARD and<br>MICHAEL GABBARD,<br>    Plaintiffs,<br><br>vs.<br><br>MEIJER STORES LIMITED<br>PARTNERSHIP,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:09-cv-0405-SEB-DML |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiffs.

IT IS SO ORDERED.

Date: ___12/01/2010___

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Richard A. Cook
Yosha Cook Shartzer & Tisch
rcook@yoshalaw.com

Deanna A. Dean-Webster
DEAN-WEBSTER, WRIGHT & KITE, LLP
dean@dwwklaw.com

Bryan C. Tisch
YOSHA LAW OFFICES
btisch@yoshalaw.com